# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY B. QUINN, ESQUIRE** *Plaintiff* | : CIVIL ACTION :<br>: NO. 16-0591 |
| v. | : : |
| **POLICE OFFICER BADOLATO,** *et al.* *Defendants* | : : |

## ORDER

**AND NOW**, this 29th day of July 2016, upon consideration of Defendants' *motions to dismiss*, [ECF 7, 18, 21], Plaintiff's responses in opposition thereto, [ECF 8, 19, 22], Defendants' replies, [ECF 20, 23], and the allegations contained in the amended complaint, [ECF 2], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motions to dismiss are **GRANTED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*